UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

    Plaintiff,

-against-

NYC M.T.A.; CITY OF NEW YORK (HRA),

    Defendants.

1:19-CV-9886 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 23, 2019, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service of this judgment on the docket.

Dated: December 23, 2019
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge